**DISMISS; and Opinion Filed December 8, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01192-CV

### IN THE INTEREST OF J.K. AND K.K., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-56548-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang, and Justice Brown
Opinion by Justice Brown

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that the parties have reached an agreement. Appellant no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

151192F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.K.
AND K.K., CHILDREN

No. 05-15-01192-CV

On Appeal from the 416th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 416-56548-2013.
Opinion delivered by Justice Brown. Chief
Justice Wright and Justice Lang
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Clairie Ndayiziga recover costs of the appeal from appellant Jean Marie Kazenga.

Judgment entered this 8th day of December, 2015.